IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN, et al.,<br><br>    Respondents. | No. C 14-01859 EJD (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE OR FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |

On April 23, 2014, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 30, 2014, the Clerk sent Petitioner a notice that he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (Docket No. 2.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.) On May 29, 2014, Petitioner filed a "Trust Account Withdrawal Order" for $5.00 to pay for "Fed'l Filing Fees," with a reference to the instant action. (Docket No. 5.) To date, the Court has not received the filing fee.

In the interest of justice, Petitioner is granted an extension of time to pay the filing fee. Petitioner must pay the fee **no later than twenty-eight (28) days** from the date this order is filed. In the alternative, Petitioner may file a complete IFP

1  application in the same time provided.

2  **Failure to file a timely response in accordance with this order by paying the**
3  **filing fee or filing a complete IFP application in the time provided will result in**
4  **the dismissal of this action without further notice to Petitioner.**

5  The Clerk shall include two copies of the court's IFP application with a copy of
6  this order to Petitioner.

8  DATED:  7/1/2014

   EDWARD J. DAVILA
9  United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OVERTON,

        Petitioner,

  v.

WARDEN, et al.,

        Defendants.

Case Number: CV14-01859 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/2/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael L. Overton C-47370
California Men's Colony
P. O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: 7/2/2014

        Richard W. Wieking, Clerk
        /s/ Elizabeth Garcia, Deputy Clerk